SCOTT KEITH WILSON, Federal Public Defender (#7347)
EMILY A. STIRBA, Assistant Federal Public Defender (#10281)
**OFFICE OF FEDERAL PUBLIC DEFENDER**
**DISTRICT OF UTAH**
Attorneys for Defendant
46 West Broadway, Suite 110
Salt Lake City, Utah 84101
Telephone: (801) 524-4010
Fax: (801) 524-4060
emily_stirba@fd.org

---

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>DESTINY RENEE BERRY,<br><br>     Defendant. | **SUBSTITUTION OF COUNSEL**<br><br><br><br>Case No. 2:22-cr-00370 JNP |

  EMILY A. STIRBA, Assistant Federal Defender, hereby enters a substitution of

counsel in the above case in place of Benjamin A. Hamilton who has previously entered

an appearance in this case.

  DATED this 29th day of November, 2022.


              */s/ EMILY A. STIRBA*
              Emily A. Stirba
              Assistant Federal Public Defender


              */s/ BENJAMIN A. Hamilton*
              Benjamin A. Hamilton
              Assistant Federal Public Defender